UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL DEWAR GAINES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERKELEY COUNTY SUPERIOR COURT,<br><br>　　　　　Defendant. | Case No. 17-cv-01546-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a detainee, filed a civil rights action and the Court is awaiting plaintiff's motion to proceed in forma pauperis. However, Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b). All motions are terminated as moot.

**IT IS SO ORDERED.**

Dated: June 22, 2017

　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL DEWAR GAINES,<br><br>    Plaintiff,<br><br>v.<br><br>BERKELEY COUNTY SUPERIOR COURT,<br><br>    Defendant. | Case No. 17-cv-01546-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcel Dewar Gaines ID: #17662467
J-69437
San Francisco Sheriff's Department
850 Bryant Street
San Francisco, Ca 94103

Dated: June 22, 2017

                                                Susan Y. Soong
                                              Clerk, United States District Court

                                              By: *Lisa R. Clark*
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO